**Order entered January 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00866-CV

**MICHAEL CORNETT, Appellant**

**V.**

**POST MONTORO LLC DBA MONTORO APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04102-E**

### ORDER

The reporter's record in this case is past due. By postcard dated November 1, 2022, we notified Vearneas Faggett, the Official Court Reporter for County Court No. 5, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence regarding the reporter's record.

Accordingly, we **ORDER** Vearneas Faggett, to file, within **FIFTEEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has

not requested the reporter's record.[1]  *We notify appellant that if we receive verification the reporter's record has not been requested, we will order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Nicole Taylor
Presiding Judge
County Court at Law No. 5

Vearneas Faggett
Court Reporter

Coral Wahlen
Official Court Reporter
County Court at Law No. 5

All parties


Text goes here.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] Our records indicate appellant is entitled to proceed without payment of costs.